**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JP & A FURNITURE MFG., ALBERTO JIMENEZ,<br><br>    Plaintiffs,<br><br>vs.<br><br>ERIC HOLDER, et al,<br><br>    Defendants. | 2:09-CV-01828-HDM-GWF<br><br>ORDER ON PLAINTIFF'S MOTION TO VOLUNTARILY DISMISS COMPLAINT |

    Plaintiff has filed a motion to voluntarily dismiss the complaint without prejudice as to all defendants (15). Responses were due July 4, 2010. None were filed. Accordingly, plaintiff's motion to voluntarily dismiss the complaint (15) is hereby GRANTED.

    IT IS SO ORDERED.

    DATED this 8th day of July, 2010.

                                    /s/ Howard D. McKibben
                                    UNITED STATES DISTRICT JUDGE

1